# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 3:10-CR-149 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| ROBERT W. JONES, | : | |
| Defendant. | : | |

## ORDER REVOKING PROBATION/ SENTENCING ENTRY

Defendant appeared before the Court on December 11, 2012 pursuant to a warrant for arrest issued commanding Defendant to show cause why his probation should not be revoked as set forth in the Petition filed December 27, 2011.

Defendant appeared with counsel and after being advised of his constitutional rights, admitted violating the Conditions set forth in the terms of his probation. Accordingly, the Court found that Defendant violated the terms and conditions of probation and Defendant's probation is ordered revoked.

Without objection by Defendant the Court proceeded to sentencing after allowing Defendant and his counsel an opportunity to make a statement. Defendant is sentenced to a term of imprisonment of five (5) months, with credit for time served. The Court recommends that Defendant be incarcerated as close to his family as possible and that he participate in a drug treatment program available at the facility.

December 11, 2012

                                                                      s/Sharon L. Ovington
                                                                          Sharon L. Ovington
                                                                 United States Magistrate Judge